Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com

*Attorneys for Defendant HOMEAWAY.COM, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FELLING, an individual, | Case No.:  2:20-cv-02014-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT HOMEAWAY.COM, INC. TO RESPOND TO THE COMPLAINT** |
| vs. | |
| HOMEAWAY, INC., a Delaware Corporation; GENERALI GLOBAL ASSISTANCE, INC., a New York corporation; MARCO JIMMERSON, an individual; DEVOYIOUS MARK, an individual;  DOE individuals I through X; and ROE corporations and organizations I through X, inclusive, | **(First Request)** |
| Defendants. | |

## STIPULATION

Whereas on September 22, 2020, Plaintiff Michael Felling commenced this action against Defendant Homeaway.com, Inc. (erroneously sued as "Homeaway, Inc.") in the Eighth Judicial District Court for Clark County, Nevada;

Whereas Felling purports to have served Homeaway with the summons and complaint on September 30, 2020, and whereas Homeaway disputes that service was proper;

1

Whereas on October 20, 2020, Felling's counsel and Homeaway's counsel agreed that Homeaway would have up to and through Friday, December 4, 2020, to respond to the complaint; and

Whereas on October 30, 2020, Homeaway removed the case to this Court by filing a Petition for Removal (ECF No. 1).

Now, therefore, based on the foregoing and in light of the removal, Felling and Homeaway confirm and memorialize their agreement that Homeaway has up to and through Friday, December 4, 2020, to respond to the complaint so that Homeaway may meaningfully investigate this matter and assert its defenses, including, without limitation, any defenses related to lack of jurisdiction, improper venue, insufficiency of process, and insufficiency of service of process, which defenses Homeaway does not waive by filing this stipulation.  This is the first stipulation for an extension of time for Homeaway to respond to the complaint.

Dated: November 10, 2020

| BALLARD SPAHR LLP | KRISTA N. ALBREGTS, PLLC |
|---|---|
| By: /s/ Maria A. Gall<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Krista N. Albregts<br>Krista N. Albregts, Esq.<br>Nevada Bar No. 13301<br>701 Shadow Lane, Suite 150<br>Las Vegas, Nevada 89106 |
| *Attorneys for Defendant*<br>HOMEAWAY.COM, INC. | *Attorneys for Plaintiff*<br>MICHAEL FELLING |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES JUDGE

DATED: 11/13/2020

2