Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com

*Attorneys for Defendant HOMEAWAY.COM, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FELLING, an individual, | Case No.: 2:20-cv-02014-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO SET TIME TO FILE AMENDED COMPLAINT AND EXTEND DEFENDANTS' TIME TO RESPOND** |
| vs. | |
| HOMEAWAY, INC., a Delaware Corporation; GENERALI GLOBAL ASSISTANCE, INC., a New York corporation; MARCO JIMMERSON, an individual; DEVOYIOUS MARK, an individual; DOE individuals I through X; and ROE corporations and organizations I through X, inclusive, | (Second Request) |
| Defendants. | |

## STIPULATION

Whereas on November 10, 2020, Plaintiff Michael Felling and Defendant HomeAway.com, Inc. (erroneously sued as Homeaway, Inc.) filed a Stipulation to Extend Time for Defendant HomeAway.com, Inc. to Respond to the Complaint (ECF No. 9), extending HomeAway's time to respond until December 4, 2020;

Whereas an order approving the stipulation (ECF No. 10) was signed on November 13, 2020;

Whereas on or around December 1, 2020, Homeaway learned, for the first time, that Plaintiff intended to file an amended complaint on or before December 3, 2020, to, among other things, remove Generali Global Assistance, Inc., as an erroneously sued defendant and name Generali U.S. Branch as the proper party; and

Whereas the Plaintiff has not yet filed the amended complaint.

Now, therefore, based on the foregoing, the parties stipulate as follows:

1. Plaintiff will file his amended complaint on or before December 9, 2020;

2. Defendants need not respond to the current operative complaint (ECF No. 1-2);

3. Defendants shall respond to the to-be-filed amended complaint within fourteen (14) days of its filing, consistent with Fed. R. Civ. P. 15; and

4. Defendants continue to preserve any all defenses they may have to any complaint, including, without limitation, any defenses related to lack of jurisdiction, improper venue, insufficiency of process, and insufficiency of service of process.

[Remainder Of Page Left Intentionally Blank]

1  This is the second stipulation for an extension of time for Homeaway to respond
2 to the complaint. This stipulation is necessitated by the anticipated filing of an
3 amended complaint. It would be inefficient for Defendants to respond to the current
4 operative complaint only to have their response mooted when that complaint is
5 superseded by the anticipated amended complaint.

6 Dated: December 4, 2020

7 KRISTA N. ALBREGTS, PLLC

8 By: /s/ Krista N. Albregts
   Krista N. Albregts, Esq.
9  Nevada Bar No. 13301
10 701 Shadow Lane, Suite 150
   Las Vegas, Nevada 89106

*Attorney for Plaintiff Michael Felling*

BALLARD SPAHR LLP

By: /s/ Maria A. Gall
   Joel E. Tasca, Esq.
   Nevada Bar No. 14124
   Maria A. Gall, Esq.
   Nevada Bar No. 14200
   1980 Festival Plaza Drive, Suite 900
   Las Vegas, Nevada 89135

*Attorneys for Defendant Homeaway.com, Inc.*

WOOD, SMITH, HENNING & BERMAN LLP

By: /s/ Janice M. Michaels
   Janice M. Michaels, Esq.
   Nevada Bar No. 6062
   Sara. D. Wright, Esq.
   Nevada Bar No. 14135
   2881 Business Park Court, Suite 200
   Las Vegas, Nevada 89128

*Attorneys for Defendant Generali U.S. Branch (erroneously sued as Generali Global Assistance, Inc.)*

### ORDER

**IT IS SO ORDERED**

**DATED:** 11:00 am, December 08, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**