1  Janice M. Michaels
   Nevada Bar No. 6062
2  Sara D. Wright
   Nevada Bar No. 14135
3  **WOOD, SMITH, HENNING & BERMAN LLP**
4  2881 Business Park Court, Suite 200
   Las Vegas, Nevada 89128-9020
5  Phone: 702 251 4100 ♦ Fax: 702 251 5405
   jmichaels@wshblaw.com
6  swright@wshblaw.com
7
   Attorneys for Generali U.S. Branch
8
                    **UNITED STATES DISTRICT COURT**
9
                    **DISTRICT OF NEVADA, SOUTHERN DIVISION**
10

11 | MICHAEL FELLING, an individual, | Case No. 2:20-cv-02014-GMN-BNW |
12 | Plaintiff, | **MOTION FOR REMOVAL OF ONLY ATTORNEY JACQUELYN N. WITT FROM ELECTRONIC SERVICE LIST** |
13 | v. | |
14 | HOMEAWAY.COM, INC., a Delaware corporation; GENERALI U.S. BRANCH, the U.S. representative office of ASSICURAZIONI GENERALI, S.p.A, an Italian company; DMARCO JIMMERSON, an individual; DEVOYIUS MARK, an individual; DOE individuals I through X; and ROE corporations and organizations I through V, inclusive, | |
15 | Defendants. | |

23
       COMES NOW, Defendant, GENERALI U.S. BRANCH (hereinafter "Defendant"), by and
24
   through its attorneys of record, WOOD, SMITH, HENNING & BERMAN, LLP, hereby submits
25
   its Motion for Removal *of Attorney JACQUELYN N. WITT only* from electronic service list as an
26
   Attorney for Defendant, GENERALI U.S. BRANCH
27
   / / /
28

1   As Ms. Witt is no longer involved in this case, we request that she be removed from the
2 electronic service list.
3   This instant motion is filed for the sole purpose of requesting removal of JACQUELYN N.
4 WITT from the electronic service list *for this matter only*. The specific e-mail addresses are as
5 follows:

6   (1)   jwitt@wshblaw.com

7   (2)   rtodd@wshblaw.com

9 DATED:  March 29, 2021          WOOD, SMITH, HENNING & BERMAN LLP

By:   */s/ Janice M. Michaels*
      JANICE M. MICHAELS
      Nevada Bar No. 6062
      SARA D. WRIGHT
      Nevada Bar No. 14135
      Attorneys for GENERALI U.S. BRANCH

### ORDER

**IT IS SO ORDERED**

**DATED:** 3:07 pm, April 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**