# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL FELLING, | Case No. 2:20-cv-02014-ART-BNW |
| Plaintiff, | ORDER |
| v. | |
| HOMEAWAY.COM, INC., et al., | |
| Defendants. | |

The parties in this action have filed with the Court a proposed stipulation and order to dismiss with prejudice.

It is therefore ordered that based on the parties' stipulation (ECF No. 59), this matter is dismissed with prejudice. Each party will bear their own attorneys' fees and costs.

The Clerk of Court is directed dismiss this action with prejudice.

DATED THIS 5th Day of May 2022.

_____
ANNE T. TRAUM
UNITED STATES DISTRICT JUDGE